```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

------------------------------- x
In Re:                          :
                                :
ELIZABETH ANN PROFETA,           :
        Debtor.                 :
                                :
------------------------------- x
ELIZABETH ANN PROFETA,           :
        Appellant,              :
                                :
v.                              :  Civil No. 3:17-cv-25(AWT)
                                :
U.S. BANK NAT'L ASS'N            :
        Appellee.               :
                                :
------------------------------- x

## ORDER DISMISSING APPEAL

Elizabeth Ann Profeta appealed from the Bankruptcy Court's Order Granting Relief from Stay. See In re Profeta, No. 16-51069(JAM) (Bankr. D. Conn. Jan. 4, 2017), ECF Doc. No. 35. The Trustee has filed a Notice advising this court that Elizabeth Ann Profeta's Chapter 13 Case has been dismissed. See id., Order Granting Trustee's Mot. Dismiss Ch. 13 Case, ECF Doc. No. 54. Such dismissal renders the instant appeal moot. Accordingly, this case is hereby DISMISSED.

The Clerk shall close this case.

It is so ordered.

Signed this 10th day of July, 2017, at Hartford, Connecticut.

                                    /s/ AWT
                            _____
                            Alvin W. Thompson
                            United States District Judge